81,809-01

TO WHOM IT MAY CONCERN:

I just found out that the attorney that I had JOHN S. YOUNG has went to jail for wrongfull acts against his clients.

I have filed this as well about two months ago on case no. 6011 in runnels county Texas.

Will you please take this into reconsideration in my case that what I filed is very aparent true.

PS

JOHN S. YOUNG IS OUT OF SWEETWATER TEXAS.

SINCERLY

BOBBY OXFORD

TDCJ no. 1656735
BOYD UNIT
200 spur 113
TEAGUE, TEXAS 75860

*I had filed recenTly filed a motion wiTh evidence and a ReconsideraTion.*

*Thank you.*

RECEIVED IN
COURT OF CRIMINAL APPEALS

AUG 12 2015

Abel Acosta, Clerk